JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia Corporation; and DOES 1 through 50,<br><br>Defendants. | CASE NO. 8:18-cv-2262-DSF-SHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

# ORDER

The Court has reviewed the Stipulation of Dismissal of Action (the "Stipulation") filed by Plaintiff JOSE DIAZ ("Plaintiff") and Defendant OLD DOMINION FREIGHT LINE, INC. ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims in the above-captioned action shall be and hereby are dismissed with prejudice and Plaintiff's putative class claims in the above-captioned action shall be and hereby are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: December 6, 2019

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE